UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20433-CR-HUCK

UNITED STATES OF AMERICA

vs.

LAWRENCE SETH WAYNE,

      Defendant.
_____/

### ORDER OF DISMISSAL

Pursuant to Federal Rule of Criminal Procedure 48(a) and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the indictment against the above-named defendant.

                                    Respectfully submitted,

                                    WIFREDO A. FERRER
                                    UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: July 26, 2013

                                    PAUL C. HUCK
                                    UNITED STATES DISTRICT JUDGE

cc:    U.S. Attorney (Francisco R. Maderal, AUSA)
       U.S. Marshals Service
       Chief Probation Officer
       Pretrial Services